UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALASKA AIR GROUP INC, et al.,<br><br>    Defendants. | Case No. 14-cv-01022-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 15 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: April 28, 2014



WILLIAM H. ORRICK
United States District Judge